# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | NORTH CAROLINA |

**TERRANCE JOHNSON II**

V.

**NICOLAS ESTES, et al.**

## EXHIBIT AND WITNESS LIST

Case Number: _____

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY<br>Pro Se | DEFENDANT'S ATTORNEY<br>Glynn Rollins |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/28/2024 | | | Magistrate's order from Plaintiff's arrest on July 7, 2024 |
| 2 | | 12/24/2024 | | | Conditions of Release and Release order from Plaintiff's arrest on July 7, 2024 |
| 3 | | 12/28/2024 | | | After visit summary from Plaintiff's subsequent doctor visit on July 9, 2024 |
| 4 | | 12/28/2024 | | | Plaintiff's formal complaint that was filed on August 14, 2024 |
| 5 | | 12/28/2024 | | | 1 of 11 pages from the police report that is attatched to Plaintiff's arrest |
| 6 | | 12/28/2024 | | | Phone log showing calls to Joe Sealey on September 13, 2024 and October 1, 2024 |
| 7 | | 12/28/2024 | | | Email that was sent from Plaintiff to Lieutenant Sealey on September 13, 2024 |
| 8 | | 12/28/2024 | | | Call log showing calls to and from Tussie Boone on October 18, 2024 and November 22, 2024 |
| 9 | | 12/28/2024 | | | Envelope that was hand delivered on November 4, 2024 |
| 10 | | 12/28/2024 | | | The letter that was sealed inside the envelope that has hand delivered on November 4, 2024 |
| 11 | | 12/28/2024 | | | Dismissal notice from November 13, 2024 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

| File No. 24CR353060-410 | Law Enforcement Case No. 2400898 | LID No. | |
|---|---|---|---|

# MAGISTRATE'S ORDER
## THE STATE OF NORTH CAROLINA VS.

**HALIFAX COUNTY SHERIFFS OFFICE**

**STATE OF NORTH CAROLINA**
HALIFAX County

In The General Court Of Justice
District Court Division

**Name And Address Of Defendant**
TERRANCE JOHNSON II
400 W 3rd St
Weldon NC 27890-1309
Halifax COUNTY (919) 225-9106

Spoken Language Court Interpreter Needed For Any Party, Victim, Or Witness? (If Yes, identify person(s) and language(s). Interpreters provided for all court proceedings at no cost.)
[X] No  [ ] Yes: (explain)

**OFFENSE(S)** (see AOC-CR-116 Continuation(s) for charging text)

| Race | Sex | Date Of Birth | Age | Count No. | Offense | Offense in Violation Of G.S. | Offense Code |
|---|---|---|---|---|---|---|---|
| B | M | 01/18/1987 | 37 | 1 | M - RESISTING PUBLIC OFFICER | 14-223 | 5310 |
| | | | | 2 | M - DISORDERLY CONDUCT | 14-288.4 | 5330 |

**Name Of Defendant's Employer**

**Date Of Offense**
07/07/2024

[ ] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan

**Date Of Arrest & Check Digit No. (as shown on fingerprint card)**
07/07/2024

**Arresting Officer (name, address or department)**
Nicolas Estes
HALIFAX COUNTY SHERIFFS OFFICE
PO BOX 36
HALIFAX NC 27839
HALIFAX

**Witness Information**

I, the undersigned, find that the defendant named above has been arrested without a warrant and the defendant's detention is justified because there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully, and feloniously did commit the offense(s) set forth above and on the attached AOC-CR-116 Continuation(s), which is (are) incorporated by reference.
This act(s) was in violation of the law referred to in this Magistrate's Order. This Magistrate's Order is issued upon information furnished under oath by the arresting officer(s) shown. A copy of this Order has been delivered to the defendant.

| Date Issued | Name Of Issuing Official | Signature | [X] Magistrate [ ] Deputy CSC [ ] Assistant CSC [ ] Clerk Of Superior Court |
| 07/07/2024 | Christopher Kidd | *Christopher Kidd* | [ ] District Court Judge [ ] Superior Court Judge |

**Location Of Court**
Halifax Co. Courthouse, Courtroom 2

**Court Date** 07/24/2024  **Court Time** 9:00 AM

## WAIVER OF PROBABLE CAUSE HEARING
The undersigned defendant, with the consent of his/her attorney, waives the right to a probable cause hearing.

| Date Waived | Signature Of Defendant | Name Of Attorney | Signature Of Attorney |

AOC-CR-116, Rev. 7/24, © 2024 Administrative Office of the Courts

(Over)
Defendant

PLAINTIFF'S EXHIBIT

| STATE VERSUS | HALIFAX County | File No. 24CR353060-410 |
|---|---|---|
| Name Of Defendant: TERRANCE JOHNSON II | NOTE: *Use this page to set forth the charging text for each offense listed on the AOC-CR-116. G.S. 15A-924(a)(5).* | |
| Date Of Issuance Of Magistrate's Order: 07/07/2024 | | |

**OFFENSES (continued)**

**Count 1.   Offense: M - RESISTING PUBLIC OFFICER**

*Charging Text For This Count*
On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did resist, delay, and obstruct N ESTES, a public officer holding the office of CORPORAL WITH THE HALIFAX COUNTY SHERIFFS OFFICE, by SNATCHING AWAY AND REFUSING TO BE HANDCUFFED. At the time, the officer was discharging and attempting to discharge an official duty by RESPONDING TO A CALL ASSISTING THE WLEDON PD WITH A LARGE GATHERING OF PEOPLE CAUSING A DISTURBANCE AND ARRESTING THE DEFENDANT FOR DISORDERLY CONDUCT.

**Count 2.   Offense: M - DISORDERLY CONDUCT**

*Charging Text For This Count*
On or about the date of offense shown and in the county named above the defendant unlawfully and willfully did intentionally cause a public disturbance at THE CORNER OF CHESTNUT ST AND HWY 158, by making utterances, making gestures, making displays, using abusive language, intended and plainly likely to provoke immediate violent retaliation and thereby cause a breach of the peace. The acts of the defendant were directed toward CORPORAL N ESTES and consisted of WHAT THE F**K IS THE OFFICERS PROBLEM AND THIS IS BULLSH** IN FRONT OF A LARGE CROWD OF PEOPLE.

AOC-CR-116 Continuation, Rev. 7/24
© 2024 Administrative Office of the Courts

Defendant

Continuation Page ____ of ____ Continuation Pages

Page 2 of 2

# STATE OF NORTH CAROLINA

**HALIFAX County**

File No. 24CR353060-410

In The General Court Of Justice
☒ District ☐ Superior Court Division

## STATE VERSUS

**Name And Address Of Defendant**
TERRANCE JOHNSON II
400 W 3rd St

Weldon NC 27890-1309

## CONDITIONS OF RELEASE AND RELEASE ORDER

G.S. Chapter 15A, Art. 25, 26

Process No. #RO-24-458520
Amount Of Bond: $ 2,000.00

**File Numbers And Offenses**
24CR353060-410 MAG ORDR: M - RESISTING PUBLIC OFFICER; M - DISORDERLY CONDUCT;

☐ See Attachment.

**Location Of Court:** Halifax Co. Courthouse, Courtroom 2
☒ District ☐ Superior
Date: 07/24/2024 Time: 9:00 AM

**To The Defendant Named Above,** you are ORDERED to appear before the Court as provided above and at all subsequent continued dates. If you fail to appear, you will be arrested and you may be charged with the crime of willful failure to appear. You also may be arrested without a warrant if you violate any condition of release in this Order or in any document incorporated by reference.

The defendant has been advised of charge(s) against him/her and his/her right to communicate with counsel and friends.
☒ Your release is authorized upon execution of your: ☐ WRITTEN PROMISE to appear ☒ UNSECURED BOND in the amount shown above
☐ CUSTODY RELEASE ☐ SECURED BOND in the amount shown above (NOTE: Give a copy of this order to any surety who posts bond.)
☐ HOUSE ARREST with ELECTRONIC MONITORING administered by (agency) _____ and the SECURED
BOND above. You may leave your residence for the purpose(s) of ☐ employment ☐ counseling ☐ course of study ☐ vocational training

☐ Your release is not authorized.
☐ The defendant is required to provide (check all that apply) ☐ fingerprints under G.S. 15A-502. ☐ a DNA sample under G.S. 15A-266.3A. Prior to release, the defendant shall provide his/her (check all that apply) ☐ fingerprints. ☐ DNA sample.
☐ The defendant has been ☐ (i) charged with a felony while on probation (complete AOC-CR-272, Side One). ☐ (ii) arrested for violation of probation with a pending felony charge or prior conviction requiring registration under G.S. 14, Article 27A (complete AOC-CR-272, Side Two).
☐ This Order is entered upon defendant's warrantless arrest for violation of conditions of release entered previously for the above-captioned case in the Order dated _____.
☐ The defendant is charged with an offense subject to G.S. 15A-534.1, and no judge has acted under that statute within 48 hours of defendant's arrest.
☐ The defendant was arrested or surrendered after failing to appear as required under a prior release order.
☐ This was the defendant's second or subsequent failure to appear in this case.
☐ Your release is subject to the conditions as shown on the attached ☐ AOC-CR-242. ☐ AOC-CR-270. ☐ AOC-CR-630. ☐ AOC-CR-631. ☐ AOC-CR-660. ☐ Other: _____

**Additional Information**

Date: 07/07/2024
Name Of Judicial Official: Christopher Kidd
Signature Of Judicial Official: [signature]
☒ Magistrate ☐ Deputy CSC ☐ Assistant CSC
☐ Clerk Of Superior Court ☐ DC Judge ☐ SC Judge

## ORDER OF COMMITMENT

**To The Custodian Of The Detention Facility Named Below,** you are ORDERED to receive in your custody the defendant named above who may be released if authorized above. If the defendant is not sooner released, you are ORDERED to: ☐ produce him/her in Court as provided above.
☐ hold him/her ☐ as provided on the attached AOC-CR-272. ☐ for the following purpose: _____

☐ [for charges covered by G.S. 15A-533(h), 15A-534.1, 15A-534.7, or 15A-534.8] produce him/her at the first session of District or Superior Court held in this county after the entry of this Order or, if no session is held before (for G.S. 15A-534.8, enter date and time 24 hours after arrest; for all others, 48 hours after arrest) _____, produce him/her before a magistrate of this county at that time to determine conditions of pretrial release.

| Name Of Detention Facility | Date | Name Of Judicial Official | Signature Of Judicial Official |
|---|---|---|---|
| | 07/07/2024 | Christopher Kidd | [signature] |

AOC-CR-200, Rev. 10/23, © 2023 Administrative Office of the Courts

(Over)

**Defendant**


PLAINTIFF'S EXHIBIT

Case 5:25-ct-03011-BO  Document 1-1  Filed 01/13/25  Page 4 of 17

Page 1 of 2

# WRITTEN PROMISE TO APPEAR OR CUSTODY RELEASE

I, the undersigned, promise to appear at all hearings, trials or otherwise as the Court may require and to abide by any restrictions set out above. I understand and agree that this promise is effective until the entry of judgment in the District Court from which no appeal is taken or until the entry of judgment in Superior Court. If I am released to the custody of another person, I agree to be placed in that person's custody, and that person agrees by his/her signature to supervise me.

| Date | Signature Of Defendant | Signature Of Person Agreeing To Supervise Defendant |
|---|---|---|
| | | |

| Name Of Person Agreeing To Supervise Defendant (type or print) | Address Of Person Agreeing To Supervise Defendant |
|---|---|
| | |

## DEFENDANT RELEASED ON BAIL

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |

## CONDITIONS OF RELEASE MODIFICATIONS

The Conditions of Release on the reverse are modified as follows:

| Modification | Date | Signature Of Judicial Official |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SUPPLEMENTAL ORDERS FOR COMMITMENT

The defendant is next Ordered produced in Court as follows:

| Date | Time | Place | Purpose | Signature Of Judicial Official |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DEFENDANT RECEIVED BY DETENTION FACILITY

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

## DEFENDANT RELEASED FOR COURT APPEARANCE

| Date | Time | Signature Of Custodian |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**NOTE TO CUSTODIAN:** *This form shall accompany the defendant to court for all appearances.*

AOC-CR-200, Side Two, Rev. 10/23
© 2023 Administrative Office of the Courts

Defendant

# AFTER VISIT SUMMARY

**Terrance Johnson II**  MRN: 5741761   📅 7/9/2024   📍 ECU Health North - Emergency Department 252-535-8425

## Instructions

You were seen in the emergency department with generalized body aches. Please take medication as prescribed. Follow-up with your primary care provider for reevaluation and further management. If you have significant worsening symptoms or other concerning symptoms please consider returning to the emergency department for evaluation.


### Your medications have changed

➡ START taking:
**naproxen (NAPROSYN)**
**tiZANidine (ZANAFLEX)**

Review your updated medication list below.


### Pick up these medications at WALGREENS DRUG STORE #07475 - ROANOKE RAPIDS, NC - 101 SMITH CHURCH RD AT NWC OF HWY 125 & EAST LITTLETON

naproxen • tiZANidine

Address: 101 SMITH CHURCH RD, ROANOKE RAPIDS NC 27870-4941
Phone: 252-535-4037


### Follow up with Doctor Unassigned, MD
Specialty: Family Medicine

## What's Next

You currently have no upcoming appointments scheduled.

## Today's Visit

You were seen by Lena Van Nimwegen
### Reason for Visit
- Knee Pain
- Generalized Body Aches

### Diagnosis
Myalgia

 **Blood Pressure** 148/72    **Weight** 156 lb 4.8 oz

🌡 **Temperature** 99 °F    **Pulse** 102

 **Respiration** 18    **Oxygen Saturation** 97%

## MyChart

Please activate your ECU Health MyChart account for immediate access to your online health record.

### How Do I Sign Up?
1. Go to **https://mychart.ecuhealth.org**
2. Click on the "Sign Up Now" button under "New User?"
3. Click on "Sign up Online" under "No Activation Code?"
4. Follow the on screen instructions to fill out your information and setup your account. If you have any questions, you can email mychart@ecuhealth.org.



# Changes to Your Medication List

## START taking these medications


**naproxen** 500 mg Tab
Commonly known as: NAPROSYN
START

Take 1 Tablet by mouth twice a day with meals for 7 days.


**tiZANidine** 2 mg Tab
Commonly known as: ZANAFLEX
START

Take 1 Tablet by mouth every 6 hours as needed for Pain for up to 7 days.

**Patient Instructions**

# Halifax County Sheriff's Office

Post Office Box 36
Halifax, NC 27839

Telephone: (252) 583-8201
Fax: (252) 583-2698

## CITIZEN COMPLAINT FORM

**PLAINTIFF'S EXHIBIT 4**

Incident Date: 7-7-24
Incident Time: 12:30 AM
Today's Date: 8-14-24

Incident Location: 400 W 3rd St.

If you wish to remain anonymous check here: ☐

Complainant Name: Terrance Johnson II

Complainant Address/City/State/Zip Code:
400 W 3rd St. / Apt 6 / Weldon / NC / 27890

Complainant Telephone Number(s): 252 529 5022

What is your complaint?
I was endangered by a Halifax County Sheriff's Deputy. I said out loud "WTF is his problem?" Nick Estes walked up to me and said "when we have our blues on we expect that right of way." I said "thats bullshit." Estes got angry and yelled for me to "stop cursing." I told him that "I will say what the hell I want to say." I turned around to go home and was grabbed while he said "come here." I yelled "WTF is you doing?" Estes lost grip of my arm and I fell to the ground. He then slammed me on the ground twice and cuffed me. I was put in the deputy's car who endangered me. That deputy cut his car off and rolled the window down 2 inches on my side. I yelled that I couldn't breathe. He walked around the car once or twice. I was subjected to this for 7 minutes. Estes removed me, transported me, then falsified testimony to the magistrate.

Received By: M. Zule
Received Date: 8-14-2024
Received Time: 12:55 pm

# INCIDENT/INVESTIGATION REPORT

**APPROVED (Anthony D. Cash)**

| Field | Value |
|---|---|
| Agency Name | Halifax County Sheriff's Office |
| ORI | NC0420000 |
| Incident Number | 2400898 |
| Date / Time Reported | Month 07, Day 07, Yr 2024, Time 0:18 Hrs (S) |

## INCIDENT DATA

| # | Crime / Incident(s) | Attempt/Complete | At Found | Last Known Secure |
|---|---|---|---|---|
| #1 | 90C - DISORDERLY CONDUCT | ■ Complete | 07/07/2024 0:45 (S) | 07/07/2024 0:30 (S) |
| #2 | 90C - RESIST/OBSTRUCT PUBLIC OFFICER | ■ Complete | Location of Incident: 400 W 3rd St, Weldon, NC 27890 | Offense Tract: Area 2 |
| #3 | | | Location\Premise: 13 - Highway/Road/Alley/Street/Sidewalk | Victim Residence Type |

## MO

**How Attacked or Committed:** By resisting a public oficer

**Method Of Entry:** ☐ Force ☐ No Force

## VICTIM

- # of Victims: 1
- Type: ■ Society
- Injury: (none checked clearly)
- Drug/Alcohol Use: ☐ Yes ☐ No ☐ Unknown

**V1** Victim/Business Name: State of NC, N. Estes

## OTHERS INVOLVED

(blank)

## PROPERTY

Status Codes: 1 = None, 2 = Burned, 3 = Counterfeit / Forged, 4 = Damaged, 5 = Recovered, 6 = Seized, 7 = Stolen, 8 = Unknown

(blank entries)

**PLAINTIFF'S EXHIBIT 5**

## ID / STATUS

- Officer Name: Deputy Nicolas H. Estes
- ID#: E3790
- Case Status: ■ Closed by Arrest
- Exceptional Clearance: ■ Not Applicable
- Page 1 of 11

DCI-600F  Rev. 3/92





# Terrance johnson complaint form

**Me** — Sep 13
To: sealeyj@halifaxnc.com

From:
Terrance Johnson
terrancejohnson2008@yahoo.com
To:
sealeyj@halifaxnc.com
Date:
September 13, 2024 at 12:25 PM



**Halifax County Sheriff's Office**
Post Office Box 36
Halifax, NC 27839
Telephone: (252) 583-8201
Fax: (252) 583-2698

## CITIZEN COMPLAINT FORM

Incident Date: 7-7-24    Incident Time: 12:30 AM    Today's Date: 8-14-24
Incident Location: 400 W 3rd St.
If you wish to remain anonymous check here: ☐
Complainant Name: Terrance Johnson II
Complainant Address/City/State/Zip Code: 400 W 3rd St. /Apt 6 / Weldon / NC / 27890
Complainant Telephone Number(s): 252 529 5022

What is your complaint?
I was endangered by a Halifax County Sheriff's Deputy. I said out loud, "WTF is his problem?" Nick Estes walked up to me and said "when we have our blues on we expect that right of way." I said "that's bullshit." Estes got angry and yelled for me to "stop cursing." I told him that "I will say what the hell I want to say." I turned around to go home and was grabbed while he said "come here" + yelled "WTF is you doing?" Estes lost grip of my arm and I fell to the ground. He then slammed me on the ground twice and cuffed me. I was put in the deputy's car who endangered me. That deputy cut his car off and rolled the windows down 2 inches on my side. I yelled that I couldn't breathe. He walked around the car once or twice. I was subjected to this for 7 minutes. Estes removed me, transported me, then falsified testimony to the magistrate.

Received By: H.H.    Received Date: 8-14-2024    Received Time: 12:55pm

Andy Cash was there. He is the only name I know besides Estes.

Yahoo Mail: Search, Organize, Conquer

PLAINTIFF'S EXHIBIT





PLAINTIFF'S EXHIBIT

To: Sheriff Tyree Davis

From: Terrance Johnson II

**RECEIVED**

NOV 04 2024

Received By  HALIFAX COUNTY
             SHERIFF'S OFFICE



Terrance Johnson II
400 W 3rd Street
Apt 6
Weldon, NC 27890
(252) 529-5022
Terrancejohnson2008@yahoo.com

11-4-2024

Sheriff Tyree Davis
355 Ferrell Lane
Halifax, NC 27839

Dear Sheriff Davis,

    My name is Terrance Johnson II. I am seeking to obtain disclosure (not release, which would require an order/ruling made by a judge) of body-worn camera (BWC) footage which pertains to a morning in which I was arrested by one of your Corporals, Mr. Nick Estes. I am seeking the disclosure of this BWC footage to refresh my memory of the morning in question, and because I am entitled to disclosure of the footage from the BWC of any officer present at the time of my arrest. The incident happened on July 7, 2024, at around 12:20 A.M.

    North Carolina General Statute 132-1.4A section (c) subsection (1), it lists "a person whose image or voice is in the recording" as a person authorized to obtain disclosure of BWC footage. Section (d) states that "upon receipt of the written request [this letter] for disclosure, as promptly as possible the custodial law enforcement agency **must** either disclose the portion of the recording relevant to the person's request or notify the requestor of the custodial law enforcement agency's decision not to disclose the recording to the requestor." Section (j) also states that "each law enforcement agency that uses body-worn cameras or dashboard cameras shall adopt a policy applicable to the use of those cameras."

    I have been trying to obtain the statement that Estes swore to after my arrest, and the associated report. I went to your office and the deputy at the desk would only give me the cover sheet. This is not a record from a criminal investigation. This case is not sealed. I don't know the nature of the alleged circumstances surrounding my arrest. This document is not protected "confidential information" for purposes of North Carolina General Statute 132-1.2.

    North Carolina General Statute 132-1.4 section (c) states "notwithstanding the provisions of this section, unless otherwise prohibited by law the following information shall be public records within the meaning of G.S. 132-1." Subsection (3) lists "the circumstances surrounding an arrest, including the time and place of the arrest, whether the arrest involved resistance, possession or use of any weapons, or pursuit, and the description of any items seized in connection with the arrest." Section (f) states "the use of a public record in connection with a criminal investigation or the gathering of criminal intelligence shall not affect its status as a public record." North Carolina General Statute 132-1 section (a) defines public records as "all documents, papers, letters, maps, books, photographs, films, sound recordings, magnetic or other tapes, electronic data-processing records, artifacts, or other documentary material, regardless of physical form or characteristics, made or received pursuant to law or ordinance in connection with the transaction of public business by any agency of North Carolina government or its subdivisions. Agency of North Carolina government or its subdivisions shall mean and include every public office, public officer or official (State or local, elected or appointed), institution, board, commission, bureau, council, department, authority or other unit of government of the State or of any county, unit, special district or other political subdivision of government." Section (b) state that the public records and public information compiled by the agencies of North Carolina government or its subdivisions are the property of the people. Therefore, it is the policy of this State that the people may obtain copies of their public records and public information free or at minimal cost unless otherwise specifically provided by law. As used herein, "minimal cost" shall mean the actual cost of reproducing the public record or public information."

Page 1 of 2



North Carolina General Statute 132-6.2 section (a) states "persons requesting copies of public records may elect to obtain them in any and all media in which the public agency is capable of providing them." This would mean that if the report is on a digital storage device, I could elect to have it sent to me via email. Section (b) states "the fees for certifying copies of public records shall be as provided by law. Except as otherwise provided by law, no public agency shall charge a fee for an uncertified copy of a public record that exceeds the actual cost to the public agency of making the copy." Email has no associated consumables in the form of ink/toner, paper, etc. There is 0 cost to send or receive an email. I was charged 2 dollars for the cover sheet to the report. This is an excessive/unlawful fee amount, to print 1 sheet of paper. This clearly violates the above-mentioned statute.

There is no ongoing investigation into the events that took place on the night and time in question, with respect to my associated arrest. There is only trial at this point in the case. There is no lawful purpose for keeping the circumstances surrounding my arrest secret. This was an arrest that was affected upon me. The warrant and associated circumstances, allegations, affidavits, etc. are not subject to change. They are public record. There is no investigatory interest in keeping any information secret in this situation. The alleged probable cause has been sworn to, and the information is not sealed. There are no witnesses that are at risk of being exposed or harmed. There is no information in that file, that would compromise an ongoing investigation. I honestly do not know the formal nature of the allegations against me. As a result, I don't know what actions I am supposed to answer to in this case. I cannot prepare to represent myself in court under the circumstances, as any allegation would be a blind side attack. This is clearly not in the best interest of justice, and it is a clear denial of my procedural due process rights.

You do not have a request form for disclosure of BWC footage in your office. As a result, I Terrance Johnson II am left with no choice but to issue you a formal request via this letter, for the purposes of North Carolina General Statute 132-1.4A. I am requesting disclosure of the BWC from all deputies that were present during my arrest. These deputies are including but not limited to: Mr. Nick Estes and Mr. Andy Cash. The arrest happened on 7-7-24 around 12:20 A.M. I am requesting any footage that exists up until the time Mr. Estes brought me home and I exited his patrol vehicle.

In addition to this BWC footage, I am also formally requesting a complete copy of all 11 of 11 pages of the incident report (numbered 2400898) which is about myself. I believe that I have articulated the law surrounding these records, demonstrated that this is not of an ongoing investigatory nature, and that these records would fall under the purview of public records. I am seeking the above-described information, minus any redactions that need to be made. Examples of non-public records could be names of informants, investigative records from a perspective indictment that is sealed, records pertaining to undercover operations within the department, or information that is in any way relevant to a FUTURE prosecution.

The last issue I would like to address, would be the formal complaint I submitted on August 14th. It still has not been investigated. I have received only 2 or 3 calls from Mr. Joe Sealey surrounding my complaint. I have left messages, and I do not get a call back. I am formally placing you on notice of all these circumstances and actions taken by your department.

If you decide to deny this request, please provide the statutory justification for the denial of my request in writing by the end of 3 business days. I look forward to hearing from you so that I may seek a remedy in all these matters. Feel free to give me a call if you would like to speak with me about fulfilling these requests. You may provide me the report via the email address listed above if you would like.

Respectfully,

10- Page 2 of 2

# STATE OF NORTH CAROLINA
HALIFAX County

NOTE: Do not use this form for cases covered by G.S. 20-138.4. Use form AOC-CR-339 instead.

File No. 24CR353060

In The General Court Of Justice
☐ District  ☐ Superior Court Division

## STATE VERSUS
**Defendant Name:** TERRANCE JOHNSON II

# DISMISSAL
## NOTICE OF REINSTATEMENT
(For Offenses Committed On Or After Dec.1, 2013)

G.S. 15A-302(e), -931, -932

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 24CR353060 | 1 | Resisting Public Officer |
|  | 11 | Disorderly Conduct |

☐ See *Additional File Numbers And Offenses* on Side Two.

☒ **DISMISSAL**
NOTE: Recall all outstanding Orders For Arrest in a dismissed case.
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:
☐ 1. No crime is charged.
☐ 2. There is insufficient evidence to warrant prosecution for the following reasons:

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. The defendant was charged as the result of ☐ defendant's identity being used without permission. ☐ mistaken identity.
(NOTE TO PROSECUTOR: You must notify the Court of this dismissal. The Court should use AOC-CR-283, Order Of Expunction Under G.S. 15A-147(a1) (Identity Theft Or Mistaken Identification) to expunge charges.)

☒ 5. Other: *(specify)* ☐ See additional information on reverse.
Officer subpoenaed failed to appear, officer in training failed to notify office of training, continued to this date on State's motion because officer unavailable on previous date

A jury has not been impaneled nor has evidence been introduced. (If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:
☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.
☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.
☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.

NOTE: Pursuant to the repeal of G.S. 15A-1009, the prosecutor can no longer dismiss charges with leave for defendants found incapable to proceed.

NOTE: This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.
Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served **by the prosecutor** on the chief officer of the custodial facility where the defendant is in custody.

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
| 11/13/24 | R. Echols | [signature] |

☒ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
|  |  |  |

AOC-CR-307B, Rev. 3/21, © 2021 Administrative Office of the Courts
(Over)

PLAINTIFF'S EXHIBIT

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| | | |

**ADDITIONAL FILE NUMBERS AND OFFENSES**

**ADDITIONAL INFORMATION PERTAINING TO DISMISSAL**

The undersigned prosecutor provides the following additional information pertaining to the dismissal entered in this case:

| Date | Name Of Prosecutor (type or print) | Signature Of Prosecutor |
|---|---|---|
| | | |

AOC-CR-307B, Side Two, Rev. 3/21
© 2021 Administrative Office of the Courts

Page 2 of 2