# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

PRIORITY MAIL
MEDIUM FLAT RATE
POSTAGE REQUIRED

RECEIVED

1...

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

FROM:
Terrance Johnson II
400 W. 3rd St.
Apt. 6
Weldon, NC 27890

- Expected delivery date specified
- Domestic shipments include $100
- USPS Tracking® service included
- Limited international insurance.**
- When used internationally, a custo

*Insurance does not cover certain items. For c
exclusions see the Domestic Mail Manual at h
** See International Mail Manual at http://pe.u
limitations of coverage.

**MEDIUM FLAT RATE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**


PS00011000001

FRB2 July 2022
ID: 11.875 x 3.375 x 13.625
OD: 12 x 3.5 x 14.125
ODCUFT: 0.343

---

Retail
UNITED STATES POSTAL SERVICE.

US POSTAGE PAID
$23.85
Origin: 27890
01/07/25
3684240890-08

PRIORITY MAIL®

7 Lb 4.4 Oz
RDC 03

EXPECTED DELIVERY DAY: 01/10/25

B099

SHIP TO:
PO BOX 25670
RALEIGH NC 27611-5670

USPS SIGNATURE® TRACKING #



9510 8119 1751 5007 2076 39

---

RECEIVED
JAN 13 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

TO:
US District Court
Po Box 25670
Raleigh, NC 27611

RECEIVED
JAN 13 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

RECEIVED
1. 2025
PETER A.
US DISTRICT COURT, EDNC

RECEIVED
JAN 13 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

Case 5:25-ct-03011-BO    Document 1-5    Filed 01/13/25    Page 1 of 1

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 20 lbs.