# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

| | | |
|---|---|---|
| TERRANCE JOHNSON, II,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAS ESTES, ANDY CASH, and TYREE DAVIS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEFENDANTS' RULE 26 INITIAL DISCLOSURES** |

NOW COME Defendants Nicolas Estes, Andy Cash, and Halifax County Sheriff Tyree Davis ("Defendants"), by and through Counsel, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, serve the following initial disclosures in this action:

**A. <u>Individuals Likely to Have Discoverable Information</u>**

The following individuals may have knowledge or discoverable information that may be used in support of the Defendants' defense in this matter:

1. The Plaintiff and any of his family members who have knowledge of the events at issue.

2. Each of the Defendants, who may be contacted through Counsel.

3. Lieutenant Joe Sealey of the Halifax County Sheriff's Office, who may be contacted through Counsel.

4. Any other officer in the Halifax County Sheriff's Office with knowledge of the events at issue and who may be identified in discovery. These officers may be contacted through Counsel.

5. Halifax County District Attorneys Roger Echols and Tussie Boone, who may have knowledge of the events at issue.

6. Any and all persons identified in discovery or in Plaintiff's Initial Disclosures.

**B. Documents and Other Tangible Things**

1. Any witness statements, incident reports, arrest reports, and/or use of force reports, and law enforcement videos (dash and/or body cameras) in the custody or control of the Halifax County Sheriff's Office.

**C. Computation of Damages**

Not applicable to the defendants.

**D. Insurance and Bond Agreements**

A copy of the insurance policy issued by the North Carolina Association of County Commissioners Risk Management Agency to Halifax County for the Sheriff of Halifax County for the applicable period exists and can be made available for inspection or copying upon request.

Respectfully submitted, this the 27th day of June, 2025.

Erin H. Epley
N.C. State Bar No. 50690
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 747-6624
Facsimile: (336) 721-3660
E-mail: Erin.Epley@wbd-us.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 27, 2025, a copy of the foregoing **DEFENDANTS' RULE 26 INITIAL DISCLOSURES** was sent to the following non-CM/ECF participant via United States First-Class Mail:

Terrance Johnson, II
400 W. 3rd Street
Apt 6
Weldon, NC 27890
Terrancejohnson2008@yahoo.com
*Plaintiff, pro se*

Erin H. Epley
N.C. State Bar No. 50690
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 747-6624
Facsimile: (336) 721-3660
E-mail: Erin.Epley@wbd-us.com
*Attorney for Defendants*