FILED

SEP 22 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-3011-BO

| | | |
|---|---|---|
| **TERRANCE JOHNSON II, pro se** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **PLAINTIFF'S NOTICE** |
| | ) | **OF FILING EXHIBIT** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **NICOLAS ESTES, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

## INTRODUCTION

PLEASE TAKE NOTICE that Plaintiff TERRANCE JOHNSON II, pro se, files the following exhibit herein:

- **Exhibit 11:** Incident report from Plaintiff's arrest on July 7, 2024.

This exhibit is filed in support of Plaintiff's Reply in Support of His Rule 26(f) Notice and Request for Court Intervention.

Respectfully submitted this 16th day of September, 2025

Terrance Johnson II
400 West 3rd Street
Apt 6
Weldon, North Carolina 27890
Telephone: (252) 529-5022
Email:terrancejohnson2008@yahoo.com
Plaintiff, pro se

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the forgoing **PLAINTIFF'S NOTICE OF FILING EXHIBIT** has been sent to the following Attorneys for the Defendants via United States Postal Service on this 16th day of September, 2025.

Erin H. Epley
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6624

James R. Morgan, Jr
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3710

Terrance Johnson II
400 West 3rd Street
Apt 6
Weldon, NC 27890
Email: Terrancejohnson2008@yahoo.com
Telephone: (252)529-5022
Plaintiff, pro se