# Exhibit 11

APPROVED (Anthony D. Cash)

# INCIDENT/INVESTIGATION REPORT

**INCIDENT DATA**

| | |
|---|---|
| Agency Name | Halifax County Sheriff's Office |
| ORI | NC0420000 |
| Incident Number | 2400898 |
| Date / Time Reported (S) M T W T F S | Month 07 / Day 07 / Yr 2024 / Time 0:18 Hrs. |
| #1 Crime / Incident(s) | 90C - DISORDERLY CONDUCT — ☐ Attempt ■ Complete |
| At Found (S) M T W T F S | Month 07 / Day 07 / Yr 2024 / Time 0:45 Hrs. |
| Last Known Secure (S) M T W T F S | Month 07 / Day 07 / Yr 2024 / Time 0:30 Hrs |
| #2 Crime Incident | 90C - RESIST/OBSTRUCT PUBLIC OFFICER — ☐ Attempt ■ Complete |
| Location of Incident | 400 W 3rd St, Weldon, NC 27890 |
| Offense Tract | Area 2 |
| #3 Crime Incident | ☐ Attempt ☐ Complete |
| Location\Premise | 13 - Highway/Road/Alley/Street/Sidewalk |
| Victim Residence Type | ☐ Single Family ☐ Multi Family |

**MO**

| | |
|---|---|
| How Attacked or Committed | By resisting a public oficer |
| Method Of Entry | ☐ Force ☐ No Force |
| Weapon / Tools | |

**VICTIM**

| | |
|---|---|
| # of Victims | 1 |
| Type | ☐ Person ☐ Business ■ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unk |
| Injury | ☐ None ☐ Minor ☐ Loss of Teeth ☐ Broken Bones ☐ Severe Lacerations ☐ Internal ☐ Unconscious ☐ Other Major |
| Drug/Alcohol Use | ☐ Yes ☐ Unknown ☐ No |
| V1 Victim/Business Name (Last, First, Middle) | State of NC, N. Estes |
| Victim of Crime # | |
| DOB / Age | |
| Race | |
| Sex | |
| Relationship To Offender | |
| Resident Status | ☐ Resident ☐ Non-Resident ☐ Unknown |
| Home Address | |
| Home Phone | |
| Employer Name/Address | |
| Business Phone | |

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V = Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

| Home Address | Home Phone |
|---|---|
| | |
| Employer Name/Address | Business Phone |

Type: ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

| Home Address | Home Phone |
|---|---|
| | |
| Employer Name/Address | Business Phone |

**PROPERTY**

Status Codes: 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown (Check "OJ" column if recovered for other jurisdiction)

| Victim # | DCI | Status | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**ID**

| Officer Name | ID# | Officer Signature | Supervisor Signature |
|---|---|---|---|
| Deputy Nicolas H. Estes | E3790 | | |

**STATUS**

Complainant Signature

Case Status: ☐ Active ■ Closed by Arrest ☐ Closed by Exception ☐ Closed by Other Means ☐ Inactive ☐ Unfounded ☐ Located (Missing Person and Runaways only)

Exceptional Clearance: ☐ Death of Offender ☐ Prosecution Declined ☐ In Custody of Other Jurisdiction ☐ Victim Refuse to Cooperate ☐ Juvenile/No Custody ■ Not Applicable

Page 1 of 11

DCI-600F Rev. 3/92

# INCIDENT/INVESTIGATION REPORT



Incident Number
2400898

**Status Codes:** 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown

**DRUGS**

| DCI | Status | Quantity | Type Measure | Suspected Type | Criminal Activity |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**OFFENDER**

| Offender Used | Yes | No | N/A |
|---|---|---|---|
| Alcohol | ☐ | ☐ | ☐ |
| Drugs/Narcotics | ☐ | ☐ | ☐ |
| Computer | ☐ | ☐ | ☐ |

Offender 1
Age: 37 Race: B Sex: M | Age: Race: Sex: | Age: Race: Sex:
Age: Race: Sex: | Age: Race: Sex: | Age: Race: Sex:

Primary Offender Resident Status
■ Resident
☐ Non-Resident
☐ Unknown

**SUSPECT**

| Name (Last, First, Middle) | Alias or Nickname | Home Address |
|---|---|---|
| | | |

| Occupation | Business Address |
|---|---|
| | |

| DOB / Age | Race | Sex | Height | Weight | Build | Hair Color | Hair Style | Hair Length | Eye Color |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Scars, Marks, Tattoos, or other distinguishing features (i.e. limp, foreign accent, voice characteristics)

| Hat | Jacket | Shirt/Blouse | Tie/Scarf | Coat/Suit | Pants/Dress/Skirt | Socks | Shoes |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Was Suspect Armed? | Type of Weapon | Direction of Travel | Mode of Travel |
|---|---|---|---|
| | | | |

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|
| | | | | | | |

**WITNESS**

| Name (Last, First, Middle) | DOB / Age | Race | Sex | Incident Number |
|---|---|---|---|---|
| | | | | |

| Home Address | Home Phone | Employer | Phone |
|---|---|---|---|
| | | | |

Suspect Hate / Bias Motivated: Yes ☐ No ■ 88-None (No Bias)

**NARRATIVE**

Narrative
CFS # 24-00047582
Caller Statement: CALLER ADV IT'S A MALE OUT THERE WITH A WEAPON CHASING HIS PREGNANT GF , SAME IS A BLACK MALE
JMMCELWEE - 2024-07-07 00:19:06
CALLER ADV SHE CAN'T GIVE ME A DESC
JMMCELWEE - 2024-07-07 00:19:42
CALLER ADV HES WEARING A BLACK SHIRT HAS DRED LOCKS ADV HE HAS MULTIPLE WARRANTS
JMMCELWEE - 2024-07-07 00:19:47
CALLER ADV HE'S CHOKING HER
JMMCELWEE - 2024-07-07 00:20:01
CALLER ADV IT'S A BLOCK PARTY
JMMCELWEE - 2024-07-07 00:20:13
CALLER ADV HE'S STILL CHOKING HER
RDAVIS - 2024-07-07 00:20:22
256 ADV 10-23 THE AREA
JMMCELWEE - 2024-07-07 00:20:29
CALLER ADV THE FEMALE IS ON A GRAY ACURA , THE MALE IS KNOWN TO RUN
JMMCELWEE - 2024-07-07 00:20:40
CALLER ADV THE MALE IS ABOUT 25-29YO
JMMCELWEE - 2024-07-07 00:21:01

# CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. INCIDENT FILE NO. |
|---|---|---|---|
| Halifax County Sheriff's Office | NC0420000 | ■ INVESTIGATION ☐ ARREST ☐ SUPPLEMENTARY INV. | 2400898 |

Narrative

CALLER REFU TO LEAVE HER NAME, DOESNT WANT TO SPEAK TO LEO

JMMCELWEE - 2024-07-07 00:21:09

CALLER ADV IT'S ABOUT 50 PEOPLE OUT THERE

HPLEASANT - 2024-07-07 00:21:23

UPDATED UNITS ENR

JMMCELWEE - 2024-07-07 00:21:54

CALLER ADV THE MALE HAS HIS ARM IN THE CAR STILL , IN THE YARD OF 406 CHESTNUT ST

JMMCELWEE - 2024-07-07 00:22:27

CALLER IS SPEAKING TO LEO

RDAVIS - 2024-07-07 00:22:29

UPD UNITS REF LAST

JMMCELWEE - 2024-07-07 00:22:47

DISCONNECTED WHEN SHE WAS SPEAKING TO LEO

RDAVIS - 2024-07-07 00:23:03

UNIT SAID ITS THE GRAY ACURA BEHIND ME... AND MALE MIGHT RUN

RDAVIS - 2024-07-07 00:23:27

UNIT ADV STANDBY UNTIL THEY GET TO THE ACURA MALE IS IN SAME AND WILL RUN

RDAVIS - 2024-07-07 00:23:57

265 REQ COUNTY UNITS REF CROWD CONTROL

RDAVIS - 2024-07-07 00:24:42

265 REQ RR UNITS AS WELL REF APPROX 200 PEOPLE OUT THERE

JMMCELWEE - 2024-07-07 00:25:12

UPDATED COUNTY , 140 ADV TO MAKE RRPD AWARE

HPLEASANT - 2024-07-07 00:25:18

A160 ADVD

JMMCELWEE - 2024-07-07 00:25:19

UNSOL.DMVISS.QDF.20240707002451.

TO: HFC -2526701 20240707 00:24:51 18B410F955

FROM: DMVISS 20240707 00:24:51

N.C. DRIVER LICENSE SYSTEM

RESPONSE BASED UPON:

CUSTOMER ID: 44051606 PAGES: 50

ATTENTION: IMAGE: Y

DRIVER HISTORY RESPONSE

NAME: WILLIAMS JIMMY ISAIAH

ADDRESS: [redacted]

CITY: GASTON STATE: NC ZIP: 278329730 TOTAL POINTS: 0

DOB:09-06-1997 HEIGHT: 5 FT. 10 IN. SEX: M EYES: BRO HAIR: BLK RACE: B

PRIMARY LICENSE NO: 44051606

SECONDARY LICENSE NO: NON-RESIDENT MILITARY: N REAL ID: Y

ORG. ISS.DT: 12-07-22 OS DL NO: OS STATE:

*** DRIVER LICENSE STATUS: CLS C SUSPENDED - PICK UP LICENSE ***

| Officer Name / ID | Officer Signature | Page |
|---|---|---|
| Deputy Nicolas H. Estes - E3790 | | Page 3 of 11 |

# CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. INCIDENT FILE NO. |
|---|---|---|---|
| Halifax County Sheriff's Office | NC0420000 | ■ INVESTIGATION ☐ ARREST ☐ SUPPLEMENTARY INV. | 2400898 |

Narrative

```
        LIC                                           LMT  COND
CLASS GRP TYP ISSUE DT  EXPIR DT CDL  DISQ  PROB  PRIV RESTR    STATUS
 C         O  12-07-22  09-06-30  N    N     N     N    N    SUSPENDED
 ENDORS:
RSTR: 0 NONE

CRD TRNS:0033793870

 OCCUR/      CONV/
 BEG DATE  END DATE         NATURE OF RECORD OR DIVISION ACTION         POINTS

             SCHBUS:  NOT ELIG FOR SCHOOL BUS DRIVER CERTIFICATION

02-12-24  06-13-24  CONV:  (634)FAIL TO APPEAR
                      COURT: HALIFAX COUNTY COURT, NC
                      COURT: AOC #: 2024CR 700896      CITATION ID: 003J1035

02-12-24  06-13-24  CONV:  (634)FAIL TO APPEAR
                      COURT: HALIFAX COUNTY COURT, NC
                      COURT: AOC #: 2024CR 700896      CITATION ID: 003J1035

08-08-23  INDEF     SUSP: FAILURE TO APPEAR
                      STATUTE: 20-24.1

12-12-22  05-17-23  CONV:  (634)FAIL TO APPEAR
                      COURT: HALIFAX COUNTY COURT, NC
                      COURT: AOC #: 33IF 000290       CITATION ID: C5034665
JMMCELWEE - 2024-07-07 00:25:33
06WQ000011.NC2K.QWA.20240707002456.
  TO: HFC     -2526706 20240707 00:24:56   000652874F
FROM: NC2K            20240707 00:24:55
1L0107BC04D3DB2QWA
NC042013N

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
MKE/WANTED PERSON
EXL/3 - EXTRADITION - SURROUNDING STATES ONLY
ORI/NC0420200 NAM/WILLIAMS,JIMMY ISAIAH SEX/M RAC/B POB/NC
DOB/19970906 HGT/511 WGT/115 EYE/BRO HAI/BLK FBI/RN6L475KA CTZ/US
SKN/LBR
SOC/[redacted]
OLN/44051606 OLS/NC OLY/2030
```

| Officer Name / ID | Officer Signature | Page 4 of 11 |
|---|---|---|
| Deputy Nicolas H. Estes - E3790 | | |

## CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. INCIDENT FILE NO. |
|---|---|---|---|
| Halifax County Sheriff's Office | NC0420000 | ■ INVESTIGATION ☐ ARREST ☐ SUPPLEMENTARY INV. | 2400898 |

Narrative

OFF/LARCENY

DOW/20240523 OCA/2024-01203

WNO/24CR314492

MIS/OCA 2024-01203 24CR314492-410 F-FELONY LARCENY F-BREAK ENTER MOTOR VEHOCA

MIS/2024-01223 24CR316122-410 F LARCENY OF MOTOR VEH OCA 2024-01223

MIS/24CR316126-410 F POSSESSION OF FIREARM BY FELONOCA 2024-01223 24CR316127-410

MIS/ F POSSESS STOLEN MOTOR VEH M RESISTING PUBLIC OFFICER

DNA/N

ADD/01 - RESIDENCE (LAST KNOWN) DDA/20240523

SNU/923 SNA/HENRY ST

CTY/ROANOKE RAPIDS STA/NC ZIP/27870

COU/HALIFAX

ORI IS ROANOKE RAPIDS PD 252 533-2810

AKA/JIMMY,ISIAH WILLIAMS JR

AKA/WILLIAMS,JIMMY I

AKA/WILLIAMS,JIMMY I JR

AKA/WILLIAMS,JIMMY ISAIAH JR

AKA/WILLIAMS,JIMMY ISIAH

AKA/WILLIAMS,JIMMY ISIAH JR

IMN/I911952059 IMT/M

NIC/W105131883 DTE/20240523 1558 EDT DLU/20240525 1012 EDT

IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

IMR/MUGSHOT IMAGE NAM:WILLIAMS,JIMMY ISAIAH DOB:19970906 RAC:B HGT:511 WGT:115

DOI:20221207 NIC:W105131883 IMN:I911952059 MIS:

WARNING - STANDING ALONE, NCIC GANG GROUP AND MEMBER

FILE INFORMATION DOES NOT FURNISH GROUNDS FOR THE

SEARCH OR SEIZURE OF ANY INDIVIDUAL, VEHICLE, OR DWELLING.

MKE/CRIMINAL GANG MEMBER - CAUTION

ORI/NC092065G NAM/WILLIAMS,JIMMY I JR SEX/M RAC/B POB/NC

DOB/19970906 HGT/600 WGT/155 EYE/BRO HAI/BLK FBI/RN6L475KA

SOC/237879857

GNG/CRIPS*RLNC SGP/NONE KNOWN

ECR/BD DOP/20260702 OCA/1515941

VLD/20231101

MIS/SID# NC1847318A

DNA/N

ORI IS DOAC-COMMUNITY CORRECTIONS 919 324-1159

AKA/WILLIAMS,JIMMY ISIAH JR

AKA/X,LIL JIMMY

NIC/T021696823 DTE/20210702 1635 EDT DLU/20231101 0237 EDT

| Officer Name / ID | Officer Signature | Page |
|---|---|---|
| Deputy Nicolas H. Estes - E3790 | | Page 5 of 11 |

## CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. INCIDENT FILE NO. |
|---|---|---|---|
| Halifax County Sheriff's Office | NC0420000 | ■ INVESTIGATION ☐ ARREST ☐ SUPPLEMENTARY INV. | 2400898 |

Narrative

| |
|---|
| JMMCELWEE - 2024-07-07 00:26:03 |
| Defendant/ Business |
| Defendant DOB |
| DMVID/State |
| Tax Id |
| File Number |
| Type |
| County |
| Offense |
| Known Aliases |
| Flags |
| Status |
| JIMMY ISAIAH WILLIAMS Jr. |
| 09/06/1997 |
| 44051606 NC |
| 24CR316122-410 |
| North Carolina Warrant for Arrest |
| HALIFAX |
| LARCENY OF MOTOR VEHICLE (F) |
| JIMMY ISAIAH WILLIAMS |
| JIMMY ISIAH WILLIAMS Jr. |
| VR |
| FCR |
| Unserved |
| JIMMY ISAIAH WILLIAMS Jr. |
| 09/06/1997 |
| 44051606 NC |
| 24CR316126-410 |
| North Carolina Warrant for Arrest |
| HALIFAX |
| POSSESSION OF FIREARM BY FELON |
| JIMMY ISAIAH WILLIAMS |
| JIMMY ISIAH WILLIAMS Jr. |
| FCR |
| Unserved |
| JIMMY ISAIAH WILLIAMS Jr. |
| 09/06/1997 |
| 44051606 NC |
| 24CR311154-410 |
| North Carolina Warrant for Arrest |
| HALIFAX |
| LARCENY FROM THE PERSON |
| JIMMY ISIAH WILLIAMS Jr. |

| Officer Name / ID | Officer Signature | |
|---|---|---|
| Deputy Nicolas H. Estes - E3790 | | Page 6 of 11 |

# CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. INCIDENT FILE NO. |
|---|---|---|---|
| Halifax County Sheriff's Office | NC0420000 | ■ INVESTIGATION ☐ ARREST ☐ SUPPLEMENTARY INV. | 2400898 |

| Narrative |
|---|
| VR |
| FCR |
| DV |
| DV-H |
| Unserved |
| JIMMY ISAIAH WILLIAMS Jr. |
| 09/06/1997 |
| 44051606 NC |
| 24CR316127-410 |
| North Carolina Warrant for Arrest |
| HALIFAX |
| POSSESS STOLEN MOTOR VEHICLE |
| JIMMY ISAIAH WILLIAMS |
| JIMMY ISIAH WILLIAMS Jr. |
| VR |
| FCR |
| Unserved |
| JIMMY ISAIAH WILLIAMS Jr. |
| 09/06/1997 |
| 44051606 NC |
| 24CR314492-410 |
| North Carolina Warrant for Arrest |
| HALIFAX |
| BREAK/ENTER MOTOR VEH |
| JIMMY ISAIAH WILLIAMS |
| JIMMY ISIAH WILLIAMS Jr. |
| VR |
| FCR |
| Unserved |
| Items per page: |
| 20 |
| 1 - 5 of 5 |
| RDAVIS - 2024-07-07 00:27:21 |
| WPD UNITS WERE ADV REF THE ACCD SUBJ |
| RDAVIS - 2024-07-07 00:29:04 |
| 256 ADV THEY NEED EMS REF FEM ACTIVELY PASSING OUT POSS SEIZURE |
| RDAVIS - 2024-07-07 00:29:30 |
| EXACT LOC FOR PT 407 CHESTNUT ST |
| SBRADLEY - 2024-07-07 00:29:59 |
| EMS ST 6 DIRECT |
| RDAVIS - 2024-07-07 00:30:34 |
| 265 ADV TELL EMS TO TURN RIGHT ON POPLAR THEN TURN LEFT BUT DONT COME DOWN CHESTNUT TO REF CHESTNUT |
| IS BLOCKED OFF |

| Officer Name / ID | Officer Signature | Page |
|---|---|---|
| Deputy Nicolas H. Estes - E3790 | | Page 7 of 11 |

## CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. INCIDENT FILE NO. |
|---|---|---|---|
| Halifax County Sheriff's Office | NC0420000 | ■ INVESTIGATION ☐ ARREST ☐ SUPPLEMENTARY INV. | 2400898 |

Narrative

JMMCELWEE - 2024-07-07 00:31:27

140 ASKED 144 IF HE HAD ANY UPDATES , 144 ADV NO UPDATES IT'S HARD TO SEE WHO ANYONE IS ITS A BUNCH OF PEOPLE IN THE STREET

JMMCELWEE - 2024-07-07 00:31:48

140 ASKED IF THE MALE WAS ON A CAR, 144 ADV THEY AREN'T SURE THEY NEED HELP SHUTTING IT DOWN

JMMCELWEE - 2024-07-07 00:33:00

140 ASKED 144 IF THEY NEED TO BRING 145,146,142 TO SHUT IT DOWN

RDAVIS - 2024-07-07 00:33:00

EMS AND TK3 WERE ADV REF COMMENT AT 00:30

JMMCELWEE - 2024-07-07 00:33:17

143 ADV 140 TO GIVE HER A SECOND THEY HAVE PEOPLE TRYING TO GET OUT PATROL CARS BLOCKING THE WAY

RDAVIS - 2024-07-07 00:34:03

TK3 ADV 4TH AND CHESTNUT

JMMCELWEE - 2024-07-07 00:34:07

140 ADV SE UNITS TO HEAD THAT WAY TILL THEY CAN ADV FURTHER

JMMCELWEE - 2024-07-07 00:34:42

143 ADV TO PROCEED THAT WAY APPARENTLY ITS A MEDICAL EMERGENCY PEOPLE NOT LISTENING TO ANYTHING ABOUT 250 PEOPLE OUT THERE

RDAVIS - 2024-07-07 00:34:53

256 ADV COME DOWN CHESTNUT THEY ARE RIGHT THERE... I INQ IF THEY CAN PROCEED TO 407, HE ADV 10-4

VJOHNSTON - 2024-07-07 00:35:44

EMS ADV JULIAN ALSBROOKS JUST BEFORE WELDON

RDAVIS - 2024-07-07 00:36:35

UNIT ADV ADDITIONAL UNITS CAN TAKE A RIGHT ON POPLAR COME DOWN TO CHESTNUT RERF THERE ARE TOO MANY CARS ON CHESTNUT

RDAVIS - 2024-07-07 00:37:01

ADV CO UNITS REF LAST

RDAVIS - 2024-07-07 00:37:10

265 INQ 263 10-20

VJOHNSTON - 2024-07-07 00:37:54

R602 ADV 2 MINS OUT

JMMCELWEE - 2024-07-07 00:42:30

140 ADV 145 HAS A 10-72 RIGHT HERE AT CHESTNUT ST / HWY 301

RDAVIS - 2024-07-07 00:42:31

TK3 ADV TELL EMS TO COME DOWN POPLAR TO 4TH... UPD R602 THEY ADV TRYING TO GET THROUGH TRAFFIC

RDAVIS - 2024-07-07 00:43:02

TK3 ADV 10-4 THERE ARE CARS EVERYWHERE THEY ARE TRYING TO GET TO EMS

VJOHNSTON - 2024-07-07 00:43:06

R602 ADV THEY ARE TRYING TO GET THE THEM... ADV THE ARE DOWN BY THE CHURCH ON MULBERRY AND CANT GET THROUGH THE CROWDS ON 4TH

RDAVIS - 2024-07-07 00:43:27

TK3 ADV TELL EMS TO STAY PUT WHERE THEY ARE THINK THEY CAN GET TO THEM

JMMCELWEE - 2024-07-07 00:43:45

| Officer Name / ID | Officer Signature | Page 8 of 11 |
|---|---|---|
| Deputy Nicolas H. Estes - E3790 | | |

## CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. INCIDENT FILE NO. |
|---|---|---|---|
| Halifax County Sheriff's Office | NC0420000 | ■ INVESTIGATION ☐ ARREST ☐ SUPPLEMENTARY INV. | 2400898 |

Narrative

140 ASKED IF RR HAS ANYONE ELSE

VJOHNSTON - 2024-07-07 00:43:51

R602 ADV THEY ARE TRIED GO THE BACK WAY AND STILL CANT GO THROUGH

JMMCELWEE - 2024-07-07 00:44:16

ASKED A160 REF SAME

RDAVIS - 2024-07-07 00:44:17

WPD UNITS 10-4

JMMCELWEE - 2024-07-07 00:44:27

A160 ADV HE CAN SEND ONE

RDAVIS - 2024-07-07 00:45:07

ADV WPD REF COUNTY 10-72 AND LOC

JMMCELWEE - 2024-07-07 00:45:13

ASKED 140 IF HE NEEDED SHP TO RESPOND TO ASSIST , 143 ADV THEY THINK THEY ARE GOING TO BE 10-4

GONNA SEE WHAT WELDON PD WANTS TO DO EVERYONE THAT IS STILL THERE IS REFU TO LEAVE

VJOHNSTON - 2024-07-07 00:45:16

R602 ADV THEY ARE BY THE CHURCH IN THE CURVE

VJOHNSTON - 2024-07-07 00:45:23

ADV THEY ARE IN THE PVA

JMMCELWEE - 2024-07-07 00:46:57

A163 ADV HIM AND A161 ARE 10-4 LARGE CROWD OUT THERE BUT EVERYONE IS DISPERSING

JMMCELWEE - 2024-07-07 00:47:12

143 ADV 140 WELDON ADV THEY ARE GONNA LET THEM HAVE THE PARTY THEY ARE 10-8

VJOHNSTON - 2024-07-07 00:47:27

TK3 ADV EMS CAN CANCEL THEY ARE DRIVING THEMSELVES BUT THEY ARE STUCK UNTIL TRAFFIC

JMMCELWEE - 2024-07-07 00:47:48

140 ADV SO WE COME OVER HERE TO HELP THEM, GET IN A 10-40 CAUSE WE TOLD THIS GUY TO LEAVE AND NOW

THEY WANNA LET THEM STAY ...143 ADV 10-4

JMMCELWEE - 2024-07-07 00:47:55

140 ADV ALL CO UNITS TO CLEAR

RDAVIS - 2024-07-07 00:48:25

TK3 - REM

JMMCELWEE - 2024-07-07 00:48:35

140 - LEF - HCSO

JMMCELWEE - 2024-07-07 00:48:57

145 - LEF - HFA 1 MALE 10-72

VJOHNSTON - 2024-07-07 00:49:23

R602 - REM - PT WENT POV NOT NEEDED

JMMCELWEE - 2024-07-07 00:49:27

145 RAN SAME ITS GOING TO BE THE 10-72

UNSOL.DMVISS.QDF.20240707004958.

TO: HFC -2526728 20240707 00:49:58 18B410FB4A

| Officer Name / ID | Officer Signature | Page |
|---|---|---|
| Deputy Nicolas H. Estes - E3790 | | Page 9 of 11 |

## CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. INCIDENT FILE NO. |
|---|---|---|---|
| Halifax County Sheriff's Office | NC0420000 | ■ INVESTIGATION ☐ ARREST ☐ SUPPLEMENTARY INV. | 2400898 |

Narrative

FROM: DMVISS 20240707 00:49:56

N.C. DRIVER LICENSE SYSTEM

RESPONSE BASED UPON:

CUSTOMER ID: 21185059 PAGES: 50

ATTENTION: IMAGE: Y

DRIVER HISTORY RESPONSE

NAME: JOHNSON TERRANCE II

ADDRESS: 400 W 3RD ST APT 6

CITY: WELDON STATE: NC ZIP: 278901360 TOTAL POINTS: 0

DOB:01-18-1987 HEIGHT: 5 FT. 09 IN. SEX: M EYES: BRO HAIR: BRO RACE: B

PRIMARY LICENSE NO: 21185059

SECONDARY LICENSE NO: NON-RESIDENT MILITARY: N REAL ID: N

ORG. ISS.DT: 04-28-17 OS DL NO: OS STATE:

*** DRIVER LICENSE STATUS: CLS C ACTIVE ***

| CLASS | GRP | LIC TYP | ISSUE DT | EXPIR DT | CDL | DISQ | PROB | LMT PRIV | COND RESTR | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| C | | D | 09-18-23 | 01-18-25 | N | N | N | N | N | ACTIVE |

ENDORS:

RSTR: 1 CORRECTIVE LENSES

RSTR: 19BAC .04 RESTRICTION

06WQ00001T.NC2K.QWA.20240707005001.

TO: HFC -2526732 20240707 00:50:01 0006528CE8

FROM: NC2K 20240707 00:50:00

1L0107BC04D3DC2QWA

NC042013N

NO NCIC WANT OLN/21185059

NO NCIC WANT NAM/JOHNSON,TERRANCE II DOB/19870118

***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.

JMMCELWEE - 2024-07-07 00:50:05

140 ADV 143 TO HAVE THE SUPR WITH WELDON CALL HIM, 143 ADV THEY DONT HAVE ONE ON DUTY THEY HAD TO CALL THE LT WHO MADE THE DECISION , 140 ASKED 143 IF SAME WAS MELTON SHE ADV SHE BELIEVES SO

JMMCELWEE - 2024-07-07 00:50:14

142 - REM

JMMCELWEE - 2024-07-07 00:50:28

146 - REM

JMMCELWEE - 2024-07-07 00:50:31

144 - REM

JMMCELWEE - 2024-07-07 00:51:22

| Officer Name / ID | Officer Signature | Page |
|---|---|---|
| Deputy Nicolas H. Estes - E3790 | | Page 10 of 11 |

# CONTINUATION PAGE

| 1. AGENCY | 2. ORI | 3. CONTINUATION TO: | 4. INCIDENT FILE NO. |
|---|---|---|---|
| Halifax County Sheriff's Office | NC0420000 | ■ INVESTIGATION ☐ ARREST ☐ SUPPLEMENTARY INV. | 2400898 |

Narrative

NEG EWARRANTS ON TERRANCE JOHNSON II

****************************************LEO narrative*****************************

On 7/7/2024 I responded to the area of Chestnut St and W Third St in Weldon in reference to assisting Weldon Police Department with crowd control at a block party. Upon my arrival I came into contact with a slender black male with no shirt on who was irrate saying " why the fuck are their so many of yall out here, this is bullshit." then when Cpl. G. Caine was arriving on scene. " damn don't hit me man." refering to Cpl. G. Caine arriving. All this was said in front of a large crowd at a block party while standing in the middle of W Third St.

I then attempted to place this male in handcuffs when he pulled away and took off running, I then ran after the male and he fell. I was able to gain control of the male and place him under arrest. After arresting the male I identified him as Terrance Johnson II, Johnson's wife then advised that the male was autistic and gets very emotional in situations. Johnson was then transported to Halifax County Magistrates Office without any further incident.

Johnson was seen before Magistrate C. Kidd and was charged with disorderly counduct and resisting a public officer. Johnson received a $2,000 unsecured bond and court date of 7/24/2024 in district court.

My body worn camera was activated throughout investigation.

| Officer Name / ID | Officer Signature | |
|---|---|---|
| Deputy Nicolas H. Estes - E3790 | | Page 11 of 11 |