IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-3011-BO

| | |
|---|---|
| TERRANCE JOHNSON II, pro se ) | |
| ) | |
| Plaintiff ) | |
| ) | PLAINTIFF'S NOTICE |
| ) | OF FILING EXHIBITS |
| v. ) | |
| ) | |
| ) | |
| NICOLAS ESTES, et al. ) | |
| ) | |
| Defendants ) | |

PLEASE TAKE NOTICE that Plaintiff Terrance Johnson II, pro se, hereby files the following documents.

1. Exhibit 12: Court order signed by Judge William D. Wolfe of Halifax County Superior Court, releasing custody the 2 bodycam videos from Plaintiff's arrest.

2. Exhibit 13: Certificate of Delivery of Recording

3. Exhibit 14: Email correspondence between Plaintiff and Defense Counsel

These exhibits are filed in support of Plaintiffs Opposition to Defendants' Motion for Protective Order.

1 of 2

Respectfully submitted this 18th day of September, 2025

_____
Terrance Johnson II
400 West 3rd Street
Apt 6
Weldon, North Carolina 27890
Telephone: (252) 529-5022
Email:terrancejohnson2008@yahoo.com
Plaintiff, pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the forgoing **PLAINTIFF'S NOTICE OF FILING EXHIBITS** has been sent to the following Attorneys for the Defendants via United States Postal Service on this 18th day of September, 2025.

Erin H. Epley
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6624

James R. Morgan, Jr
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3710

Terrance Johnson II
400 West 3rd Street
Apt 6
Weldon, NC 27890
Email: Terrancejohnson2008@yahoo.com
Telephone: (252)529-5022
Plaintiff, pro se