# Exhibit 12

| STATE OF NORTH CAROLINA | File No. 25 CVS 68 |
|---|---|
| HALIFAX County | In The General Court Of Justice Superior Court Division |

IN THE MATTER OF
CUSTODIAL LAW ENFORCEMENT AGENCY
RECORDING SOUGHT BY:

Name Of Petitioner
TERRANCE JOHNSON II

Address
400 W 3RD ST
APT 6

City, State, Zip
WELDON, NC 27890




FJNT
GW

**ORDER ON PETITION FOR RELEASE OF CUSTODIAL LAW ENFORCEMENT AGENCY RECORDING**

G.S. 132-1.4A(f)

This matter came before the undersigned Superior Court Judge to determine whether release of a law enforcement agency recording is warranted under Chapter 132 of the General Statutes. Following a hearing, the Court makes the following findings of fact and conclusions of law:

## FINDINGS OF FACT

1. On 01/24/2025 (date), the petitioner named above filed a petition for release of a custodial law enforcement agency recording to TERRANCE JOHNSON II.

2. The head of the custodial law enforcement agency [X] was [ ] was not given notice of the petition and an opportunity to be heard on the petition.

[X] 3. The Court conducted an in-camera review of the recording on 2-3-25 (date).

4. The recording [X] was made [ ] was made in some portion [ ] was not made in this county.

[X] 5. The Court determined that the person to whom release of the recording is sought is the following:
(NOTE TO JUDGE: "Personal representative" is defined as "A parent, court-appointed guardian, spouse, or attorney licensed in North Carolina of a person whose image or voice is in the recording. If a person whose image or voice is in the recording is deceased, the term also means the personal representative of the estate of the deceased person; the deceased person's surviving spouse, parent, or adult child; the deceased person's attorney licensed in North Carolina; or the parent or guardian of a surviving minor child of the deceased." G.S. 132-1.4A(a)(5).)

[X] A person whose image or voice is in the recording.
[ ] A personal representative of an adult person whose image or voice is in the recording and the adult person has consented to the disclosure.
[ ] A personal representative of a minor or of an adult person under lawful guardianship whose image or voice is in the recording.
[ ] A personal representative of a deceased person whose image or voice is in the recording.
[ ] A personal representative of an adult person who is incapacitated and unable to provide consent to disclosure.
[ ] None of the above.

**and**

The Court considered the applicability of all of the standards in G.S. 132-1.4A(g) and determined the following:

[ ] Release is necessary to advance a compelling public interest.
[X] The recording contains information that is otherwise confidential or exempt from disclosure or release under State or federal law.
[X] The person requesting release is seeking to obtain evidence to determine legal issues in a current or potential court proceeding.
[ ] Release would reveal information regarding a person that is of a highly sensitive personal nature.
[ ] Release may harm the reputation or jeopardize the safety of a person.
[ ] Release would create a serious threat to the fair, impartial, and orderly administration of justice.
[ ] Confidentiality is necessary to protect either an active or inactive internal or criminal investigation or potential internal or criminal investigation.
[X] There is good cause shown to release all portions of a recording.
[X] Other (if applicable): because of pending litigation release to other persons, the public or the press should be prohibited

PLAINTIFF'S EXHIBIT

| | CONCLUSIONS OF LAW | |
|---|---|---|

In light of the foregoing findings of fact, *(check one and write name of party authorized or not authorized to release of the recording)*

☒ The Court concludes that the Petitioner, Terrance Johnson II _____ is authorized to the release of the recording.

☐ The Court concludes that _____ is not authorized to the release of the recording.

| | ORDER | |
|---|---|---|

It is therefore Ordered that *(check one)*

☒ **Petition Granted:**

The custodial law enforcement agency shall release to Terrance Johnson II _____ the following portions of the recording: *(list, and indicate if all portions are to be released)* all portions of two body camera recordings made on July 7, 2024, and identified as Axon Body 3 Numbers X60A53240 and X60A4499Y

☒ The court places the following conditions/restrictions on the release of the recording: These recordings shall not be released to other persons, the public or the press by any means, including social media or other electronic platforms, provided, Petitioner may release the recordings to legal counsel, if any, in furtherance of his litigation surrounding the events depicted.

☐ **Petition Denied:**
The custodial law enforcement agency shall not release any portion of the recording to _____

| | SIGNATURE OF SUPERIOR COURT JUDGE | |
|---|---|---|
| Date | Name Of Superior Court Judge (type or print) | Signature Of Superior Court Judge |
| 02/03/2025 | William D. Wolfe | |

# Exhibit 13

| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| HALIFAX COUNTY | SUPERIOR COURT DIVISION |
| | File No. 25 CVS 68 |

FILED
2025 FEB -4 P 1:59
HALIFAX CO., C.S.C.
BY _____

IN THE MATTER OF CUSTODIAL
LAW ENFORCEMENT AGENCY
RECORDING SOUGHT BY ) CERTIFICATE OF DELIVERY OF
TERRANCE JOHNSON II ) RECORDING AND ORDER

    I hereby certify that pursuant to the Order of the Hon. William D. Wolfe entered in this matter on February 3, 2025, I released a complete copy of the recordings identified in the Order to the Petitioner, Terrance Johnson II, in my capacity as counsel of record for the Halifax County Sheriff's Office. Included with the recording was a copy of the Order signed by Judge Wolfe.

Date of Delivery: Feb. 4, 2025

M. Glynn Rollins, Jr.
Halifax County Attorney
P. O. Box 38
10 N. King Street
Halifax, NC 27839
Ph: 252.583.3612
E-mail: rollinsg@halifaxnc.com
N.C. State Bar No. 10020



# Exhibit 14

RE: Terrance Johnson, II v. Estes, et al. - Request for extension of time

From: Epley, Erin (erin.epley@wbd-us.com)
To: terrancejohnson2008@yahoo.com
Date: Tuesday, June 17, 2025 at 08:01 AM EDT

Good morning, Mr. Johnson,

Thank you for sending these. I've downloaded the three videos linked below.

Thanks,

Erin

> From: Terrance Johnson <terrancejohnson2008@yahoo.com>
> Sent: Monday, June 16, 2025 8:28 PM
> To: Epley, Erin <Erin.Epley@wbd-us.com>
> Subject: RE: Terrance Johnson, II v. Estes, et al. - Request for extension of time
>
> Hi Ms Epley,
> These are the 3 videos I have for you.
>
> This is the video where you have to go frame by frame to see what's happening. I can help you with that if needed.
>
> https://drive.google.com/file/d/11MQYzR8yim8pBNRY91xv39IpC-aZucEH/view?usp=drivesdk
>
> 2 BWC videos
>
> https://drive.google.com/file/d/11Ilx7HmvUGaz5z6eLjBWqNgkW_F17Yg5/view?usp=drivesdk
>
> https://drive.google.com/file/d/11L5u2Me-kJjN7Q0IYPlWz6LONTSU8wSE/view?usp=drivesdk
>
> You should be able to download them. You're the only one with the link to these videos. Let me know if you have trouble accessing them. You should be able to download them. Please let me know when you have them downloaded so that I can secure them.
>
> Yahoo Mail: Search, Organize, Conquer
>
> On Fri, Jun 13, 2025 at 1:23 PM, Terrance Johnson
> <terrancejohnson2008@yahoo.com> wrote:
>
>> Sorry I didn't leave my number. It's 252-529-5022
>>
>> Yahoo Mail: Search, Organize, Conquer
>>
>> On Wed, Jun 11, 2025 at 10:59 AM, Epley, Erin

