IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-03011-BO

| | | |
|---|---|---|
| TERRANCE JOHNSON, II, Plaintiff, | ) | |
| v. | ) | ORDER |
| NICOLAS ESTES, ANTHONY CASH,[1] and TYREE DAVIS, Defendants. | ) | |

Terrance Johnson, II filed this civil rights complaint, pro se, pursuant to 42 U.S.C. § 1983. The matter now is before the court on defendants' motion for a protective order (DE 27) governing the video surveillance footage relevant to this action. For good cause shown, the motion (DE 27) is GRANTED and the Clerk of Court is DIRECTED to file the attached protective order. The Clerk also is DIRECTED to amend the court's caption to reflect that the party plaintiff identified as Andy Cash is Anthony Cash.

SO ORDERED, this the 3 day of October, 2025

TERRENCE W. BOYLE
United States District Judge

[1] The Clerk of Court is DIRECTED to amend the court's caption to reflect that the defendant plaintiff identified as Andy Cash is Anthony Cash.