FILED

OCT 30 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ________ DEP CLK

**EXHIBIT A**

**UNDERTAKING TO BE BOUND**

I, Terrance Johnson II, declare as follows:

I acknowledge receipt of a copy of the Protective Order (the "Protective Order") in the matter of *Terrance Johnson, II v. Nicolas Estes, et. al.*, filed in the United States District Court for the Eastern District of North Carolina, Western Division, Civil Action No. 5:25-CT-03011-BO and agree that: (1) I will comply with and be bound by its provisions with respect to the videos provided to me under the terms of this Protective Order; (2) I will not reveal the videos provided to me under the terms of this Protective Order to anyone other than such persons designated in this Protective Order; and (3) I will utilize such videos solely for purposes of this litigation. I further understand that if I fail to comply with the terms of the Protective Order, I may be subject to sanctions by the Court, and I consent to the jurisdiction of the above-referenced Court for such purpose.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature

10/27/2025
Dated

Terrance Johnson II
Printed or Typed Name

400 West 3rd Street, Apt 6
Weldon, North Carolina 27890
Address

Plaintiff, pro se
Position


Case 5:25-ct-03011-BO Document 36 Filed 10/06/25 Page 5 of 5

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the forgoing **UNDERTAKING TO BE BOUND** has been sent to the following Attorneys for the Defendants via United States Postal Service on this 27th day of October, 2025.

Erin H. Epley
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6624

James R. Morgan, Jr
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3710

Sonny S. Haynes
One West Fourth Street
Winston-Salem, North Carolina
Telephone: (336) 721-3632

Terrance Johnson II
400 West 3rd Street
Apt 6
Weldon, North Carolina 27890
Email: Terrancejohnson2008@yahoo.com
Telephone: (252)529-5022
Plaintiff, pro se