IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-3011-BO

FILED
DEC - 1 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

**TERRANCE JOHNSON, II, pro se**

Plaintiff,

v.

**NICOLAS ESTES, et al.**

Defendants,

NOTICE OF FILING
MANUAL FILING OF
ATTACHMENTS

## NOTICE OF MANUAL FILING OF ATTACHMENTS

PLEASE TAKE NOTICE that Plaintiff, Terrance Johnson II, pursuant to this Court's rules and as a pro se litigant not authorized to file electronically, hereby manually files the following exhibits in support of his Motion for Summary Judgment:

1. Appendix 17: Bodycam Video Footage from Defendant Estes

2. Exhibit 18: Bodycam Video Footage from Defendant Cash

These video exhibits are submitted concurrently herewith on a USB flash drive, filed with the Clerk of Court. Copies of this Notice and the videos have been served upon counsel of record.

These exhibits are integral to the Motion for Summary Judgment and provide the objective, undisputed record of the events at issue.

Respectfully submitted this 1st day of December, 2025

*[signature]*

Terrance Johnson II
400 West Third Street
Apartment 6
Weldon, North Carolina 27890
Telephone: (252) 529-5022
Email:terrancejohnson2008@yahoo.com
Plaintiff, pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the forgoing **NOTICE OF FILING ATTACHMENTS** has been sent to the following Attorney for the Defendants via United States Postal Service on this 1 day of December, 2025.

Erin H. Epley
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6624

Terrance Johnson II
400 West 3rd Street
Apt 6
Weldon, North Carolina 27890
Email:TerranceJohnson2008@yahoo.com
Telephone: (252)529-5022
Plaintiff, pro se