IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

| TERRANCE JOHNSON, II, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' MOTION** |
| | ) | **FOR EXTENSION OF** |
| NICOLAS ESTES, ANDY CASH, and | ) | **THE DISPOSITIVE MOTIONS** |
| TYREE DAVIS, | ) | **DEADLINE** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

NOW COME Defendants Corporal Nicholas Estes, Captain Anthony Cash, and Halifax County Sheriff Tyree Davis ("Defendants"), by and through counsel, and pursuant to Local Rule 6.1(a) and Rule 6 of the Federal Rules of Civil Procedure, respectfully move this Court for an extension of time in which to file and serve dispositive motions, up to and through December 15, 2025.

In support of this Motion, Defendants state as follows:

1. On September 9, 2025, this Court set the dispositive motions deadline for December 1, 2025. [D.E. 29].

2. On September 29, 2025, the undersigned counsel entered a Notice of Appearance to handle all filings in this matter through case resolution. [D.E. 34].

3. Due to a calendaring error, the undersigned counsel did not file a Motion for Extension of Time on December 1, 2025. Defendants now request a brief extension of the dispositive motions deadline until December 15, 2025, to finalize the filing with all supporting documents.

4. The brief extension will not delay or impact the matter as a trial date has not been set.

5. An extension of time in which Defendants may file dispositive motions would not prejudice any party to this action.

6. Good cause exists for the Court to grant this motion for extension.

7. Counsel for Defendants has not conferred with the *pro se* Plaintiff regarding this Motion.

8. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Defendants request that the Court grant them additional time, up to and through December 15, 2025, in which to file dispositive motions.

Respectfully submitted, this the 4th day of December, 2025.

/s/ *Sonny S. Haynes*
James R. Morgan, Jr.
N.C. State Bar No. 12496
Sonny S. Haynes
N.C. State Bar No. 41303
Erin H. Epley
N.C. State Bar No. 50690
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
E-mail:  Sonny.Haynes@wbd-us.com
E-mail:  Erin.Epley@wbd-us.com
E-mail:  Jim.Morgan@wbd-us.com

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I electronically filed the **DEFENDANTS' MOTION FOR EXTENSION OF THE DISPOSITIVE MOTIONS DEADLINE** with the Clerk of Court using the CM/ECF system, which will send email notification to the *pro se* Plaintiff.

Terrance Johnson, II
400 W. 3rd Street
Apt 6
Weldon, NC 27890
Terrancejohnson2008@yahoo.com
*Plaintiff, pro se*

/s/ *Sonny S. Haynes*
Sonny S. Haynes
N.C. State Bar No. 41303
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 721-3632
Facsimile: (336) 726-2227
E-mail:  Sonny.Haynes@wbd-us.com

*Attorney for Defendants*