IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

| TERRANCE JOHNSON, II, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **DEFENDANTS' MOTION** |
| | ) | **FOR EXTENSION OF** |
| NICOLAS ESTES, ANDY CASH, and | ) | **THE DISPOSITIVE MOTIONS** |
| TYREE DAVIS, | ) | **DEADLINE** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

This matter comes before the Court on Defendants Estes, Cash, and Davis' Motion for Extension of the Dispositive Motions Deadline. For good cause shown, the Motion is allowed and all, except those relating to the admissibility of evidence at trial, shall be filed no later than December 15, 2025.

SO ORDERED, this the _____ day of _____, 2025.

_____