IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

| | |
|---|---|
| TERRANCE JOHNSON, II, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NICOLAS ESTES, ANDY CASH, and )<br>TYREE DAVIS, )<br>)<br>Defendants. )<br>)<br>) | **DEFENDANTS' MOTION<br>TO DEEM DOCKET ENTRY 42<br>TIMELY FILED** |

NOW COME all Defendants, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), and move this Court to enter an Order deeming as timely filed the contemporaneously filed Motion for Extension of Time to File Dispositive Motions [D.E. 42]. In support of this Motion, the undersigned counsel states as follows:

In support of this Motion, Defendants state as follows:

1. On September 9, 2025, this Court set the dispositive motions deadline for December 1, 2025. [D.E. 29].

2. On September 29, 2025, the undersigned counsel entered a Notice of Appearance to handle all filings in this matter through case resolution. [D.E. 34].

3. Rule 6(b) of the Federal Rules of Civil Procedure provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time … on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b). Whether neglect is excusable "is at bottom an equitable [determination], taking account of all relevant circumstances surrounding the party's omission," including "the

danger of prejudice to the [nonmoving party], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395, 113 S. Ct. 1489, 123 L. Ed. 2d 74 (1993).

4. Due to a calendaring error, the undersigned counsel did not file a Motion for Extension of Time on December 1, 2025. On December 4, 2025, Defendants requested a brief extension of the dispositive motions deadline until December 15, 2025, to finalize the filing with all supporting documents. [D.E. 42].

5. The undersigned counsel respectfully submits that the proceedings will not be negatively impacted by the Court's acceptance of the extension motion and deeming it timely filed because allowing the motion an extension of time to file a dispositive motion will promote the goals of having cases adjudicated on their merits.

6. The undersigned counsel for Defendants has not communicated with the *pro se* Plaintiff in this matter.

7. This Motion is made in good faith and not for the purpose of delay.

Based on the foregoing, for good cause shown and in the interests of justice, Defendants respectfully request that the Court grant this motion to deem Docket Entry 42, Defendants' Motion for Extension of Time to File Dispositive Motions, timely filed.

Respectfully submitted, this the 4th day of December, 2025.

    /s/ *Sonny S. Haynes*
James R. Morgan, Jr.
N.C. State Bar No. 12496
Sonny S. Haynes
N.C. State Bar No. 41303
Erin H. Epley
N.C. State Bar No. 50690
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660
E-mail: Sonny.Haynes@wbd-us.com
E-mail: Erin.Epley@wbd-us.com
E-mail: Jim.Morgan@wbd-us.com

*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 4, 2025, I electronically filed the **DEFENDANTS' MOTION TO DEEM DOCKET ENTRY 42 TIMELY FILED** with the Clerk of Court using the CM/ECF system, which will send email notification to the *pro se* Plaintiff.

    Terrance Johnson, II
    400 W. 3rd Street
    Apt 6
    Weldon, NC 27890
    Terrancejohnson2008@yahoo.com
    *Plaintiff, pro se*

                              /s/ *Sonny S. Haynes*
                              Sonny S. Haynes
                              N.C. State Bar No. 41303
                              WOMBLE BOND DICKINSON (US) LLP
                              One West Fourth Street
                              Winston-Salem, NC  27101
                              Telephone: (336) 721-3632
                              Facsimile: (336) 726-2227
                              E-mail:  Sonny.Haynes@wbd-us.com

                              *Attorney for Defendants*