IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

| | |
|---|---|
| TERRANCE JOHNSON, II, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NICOLAS ESTES, ANDY CASH, and TYREE DAVIS, | ) |
| Defendants. | ) |

THIS MATTER is before the Court on Defendants' Motion to Deem Docket Entry 42 Timely Filed. The Court finds that good cause exists to grant the requested relief.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Defendants' Motion to Deem Docket Entry 42 Timely Filed is GRANTED.

2. Defendants' Motion for Extension of Time to File Dispositive Motions [D.E. 42] is hereby deemed timely filed.

This the _____ day of _____, 2025.

_____