IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-03011-BO

TERRANCE JOHNSON, II, )
)
        Plaintiff, )
)
v. )    ORDER
)
NICOLAS ESTES, ANTHONY CASH, )
and TYREE DAVIS, )
)
        Defendants. )

Terrance Johnson, II filed this civil rights complaint, pro se, pursuant to 42 U.S.C. § 1983. The matter now is before the court on defendants' motion for an extension of time to file dispositive motions (DE 42) and motion to deem their motion for an extension of time timely filed (DE 43). For good cause shown, both motions (DE 42, 43) are GRANTED. Dispositive motions now are due by December 15, 2025.

SO ORDERED, this the 5 day of December, 2025

TERRENCE W. BOYLE
United States District Judge