IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-3011-BO

FILED
DEC -8 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ D"'" CLK



TERRANCE JOHNSON, II, pro se )
)
Plaintiff, )
)
) PLAINTIFF'S MOTION FOR
) LEAVE TO FILE ATTACHMENT
v. ) MANUALLY VIA USB DRIVE
)
)
NICOLAS ESTES, et al. )
)
Defendants, )
)
)

### PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT MANUALLY VIA USB DRIVE

Plaintiff, Terrance Johnson II, respectfully moves this Court for an Order granting leave to manually submit the Seicane security video as an exhibit via USB drive in support of his Motion for Summary Judgment. In support of this Motion, Plaintiff states as follows:

1. Plaintiff has concurrently filed a Motion for Summary Judgment, which relies in part on the Seicane security video footage from the scene (the "Seicane Video").

2. The Seicane Video is a critical, objective exhibit that provides an independent, fixed-perspective record of the events central to the Motion.

3. The video file is a large electronic file that cannot be conveniently submitted in paper form. Submission via USB drive is the most practical method to provide the Court with a

high-quality, native-format copy that can be easily played and reviewed alongside the bodycam footage.

4. Plaintiff has previously provided opposing counsel with a copy of the video during discovery.

5. This request is made to ensure the Court has a complete and functional evidentiary record and will cause no prejudice to any party.

WHEREFORE, Plaintiff respectfully requests that this Court grant him leave to file the Seicane Video Exhibit manually via USB drive.

Respectfully submitted this 2nd day of December, 2025

Terrance Johnson II
400 West Third Street
Apartment 6
Weldon, North Carolina 27890
Telephone: (252) 529-5022
Email:terrancejohnson2008@yahoo.com
Plaintiff, pro se

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the forgoing **MOTION FOR LEAVE TO FILE ATTATCHMENT MANUALLY VIA USB DRIVE** has been sent to the following Attorney for the Defendants via United States Postal Service on this 2nd day of December, 2025.

Erin H. Epley
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 747-6624

Terrance Johnson II
400 West 3rd Street
Apt 6
Weldon, North Carolina 27890
Email:TerranceJohnson2008@yahoo.com
Telephone: (252)529-5022
Plaintiff, pro se