IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-3011-BO

TERRANCE JOHNSON, II, pro se )
)
    Plaintiff, )
)
)
    v. )     ORDER
)
)
NICOLAS ESTES, et al. )
)
    Defendants, )
)
)

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE VIDEO EXHIBIT MANUALLY VIA USB DRIVE

THIS MATTER is before the court on Plaintiff's Motion for Leave to File Video Exhibit Manually via USB Drive. For good cause shown, and the court being fully informed, the Motion is GRANTED.

IT IS HEREBY ORDERED that Plaintiff is granted leave to submit the video exhibit identified in his motion by delivering a USB flash drive containing the video file to the clerk of Court for filing and and inclusion in the record of this case.

IT IS FURTHER ORDERED that the Clerk is directed to accept and maintain the USB drive as part of the case file.

---

Honorable Terrence W. Boyle