Terrance Johnson II
400 W. 3rd St
Apt 6
Weldon, NC 27890

RALEIGH NC 275
Research Triangle Region
4 DEC 2025 AM 1

RECEIVED
DEC 08 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Peter A. Moore Jr. (Clerk of Court)
PO Box 25670
Raleigh, NC 27611

27611-567070