IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-03011-BO

TERRANCE JOHNSON, III,            )
                                  )
                    Plaintiff,    )
                                  )
    v.                            )        ORDER
                                  )
NICOLAS ESTES, et al.,            )
                                  )
                    Defendants.   )

Terrance Johnson, III ("plaintiff") filed this civil rights complaint, pro se, pursuant to 42 U.S.C. § 1983. The matter now is before the court on plaintiff's motion for leave to file a video exhibit manually (DE 45). For good cause shown, the motion (DE 45) is GRANTED.

SO ORDERED, this the 10 day of December, 2025

TERRENCE W. BOYLE
United States District Judge