IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

| | |
|---|---|
| TERRANCE JOHNSON, II, | ) |
| Plaintiff, | ) |
| v. | ) **APPENDIX TO DEFENDANTS'** |
| | ) **RULE 56.1 STATEMENT** |
| NICOLAS ESTES, ANTHONY CASH, and | ) **OF MATERIAL FACTS** |
| TYREE DAVIS, | ) |
| Defendants. | ) |

Pursuant to Local Civil Rule 56.1(a)(5), Defendants Corporal Nicolas Estes, Lieutenant Anthony Cash, and Halifax County Sheriff Tyree Davis (collectively "Defendants") hereby submit this Appendix to Defendants' Rule 56.1 Statement of Material Facts contemporaneously filed in this matter.

## DEFENDANTS' EXHIBITS

**Exhibit 1**   Declaration of Nicolas H. Estes

**Exhibit 2**   Declaration of Anthony D. Cash

**Exhibit 3**   Video – "10_72_Terrance_Johnson_II_RDO_Disorderly - Nick Estes Body Cam disk" (to be manually filed upon motion)

**Exhibit 4**   Video – "Assist_Weldon_144_arrest_ - Andy Cash Body Cam disk" (to be manually filed upon motion)

Respectfully submitted, this the 15th day of December, 2025.

                                               */s/ Sonny S. Haynes*
                                               Sonny S. Haynes
                                               N.C. State Bar No. 41303
                                               WOMBLE BOND DICKINSON (US) LLP
                                               One West Fourth Street
                                               Winston-Salem, NC  27101
                                               Telephone: (336) 726-3632
                                               Facsimile: (336) 726-2227
                                               E-mail: Sonny.Haynes@wbd-us.com

                                               *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I electronically filed the foregoing **APPENDIX TO DEFENDANTS' RULE 56.1 STATEMENT OF MATERIAL FACTS** with the Clerk of Court using the CM/ECF system, which will send email notification to the *pro se* Plaintiff.

Terrance Johnson, II
400 W. 3rd Street
Apt 6
Weldon, NC 27890
Terrancejohnson2008@yahoo.com

*Pro se Plaintiff*

*/s/ Sonny S. Haynes*
Sonny S. Haynes
N.C. State Bar No. 41303
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 726-3632
Facsimile: (336) 726-2227
E-mail: Sonny.Haynes@wbd-us.com

*Counsel for Defendants*