IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

| | |
|---|---|
| TERRANCE JOHNSON, II, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NICOLAS ESTES, ANDY CASH, and )<br>TYREE DAVIS, )<br>)<br>Defendants. )<br>)<br>) | **DEFENDANTS' MOTION FOR LEAVE TO MANUALLY FILE VIDEO EXHIBITS** |

NOW COME Defendants Corporal Nicolas Estes, Lieutenant Anthony Cash, and Halifax County Sheriff Tyree Davis, by and through undersigned counsel, pursuant to Local Rule 7.1, and move for leave to manually file video exhibits with the Court.

Respectfully submitted, this the 15th day of December, 2025.

*/s/ Sonny S. Haynes*
Sonny S. Haynes
N.C. State Bar No. 41303
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 726-3632
Facsimile: (336) 726-2227
E-mail: Sonny.Haynes@wbd-us.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I electronically filed the foregoing **DEFENDANTS' MOTION FOR LEAVE TO MANUALLY FILE VIDEO EXHIBITS** with the Clerk of Court using the CM/ECF system, which will send email notification to the *pro se* Plaintiff.

Terrance Johnson, II
400 W. 3rd Street
Apt 6
Weldon, NC 27890
Terrancejohnson2008@yahoo.com

*Pro se Plaintiff*

*/s/ Sonny S. Haynes*
Sonny S. Haynes
N.C. State Bar No. 41303
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 726-3632
Facsimile: (336) 726-2227
E-mail: Sonny.Haynes@wbd-us.com

*Counsel for Defendants*