IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

| | |
|---|---|
| TERRANCE JOHNSON, II, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING DEFENDANTS'** |
| | ) **MOTION FOR LEAVE TO** |
| NICOLAS ESTES, ANDY CASH, and | ) **MANUALLY FILE VIDEO** |
| TYREE DAVIS, | ) **EXHIBITS** |
| Defendants. | ) |

FOR GOOD CAUSE shown, the Court allows Defendants Corporal Nicolas Estes, Lieutenant Anthony Cash, and Halifax County Sheriff Tyree Davis' Motion for Leave to Manually File Video Exhibits.

SO ORDERED, this _____ day of _____, 2025.

_____