IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

TERRANCE JOHNSON, II, pro se )
)
Plaintiff, )
)
v. )                    **ORDER**
)
NICOLAS ESTES, et al. )
)
Defendants, )
)

---

This matter is now before the Court on Plaintiff's Motion for Reconsideration of the Court's Order (D.E. 44) granting Defendants' Motion for Extension of Time to File Dispositive Motions (D.E. 42) and Motion to Deem Their Motion for an Extension of Time Timely Filed (D.E. 43). For the reasons stated in the Plaintiff's memorandum, the Court finds that the Motion for Reconsideration should be GRANTED. Accordingly, it is hereby ORDERED that:

1. The Court's prior Order (D.E. 44) granting Defendants' Motion for Extension of Time is VACATED

2. Defendants are permitted to file only a response to Plaintiff's timely filed Motion for Summary Judgment (D.E. 38,40-41) on or before January 15, 2025. Defendants are barred from filing any new, out-of-time dispositive motions.

3. The Court shall proceed to consideration of Plaintiff's Motion for Summary Judgment (D.E. 38, 40-41) upon the filing of Defendants' response or the expiration of the deadline to do so.

SO ORDERED this _____ day of December, 2025.

_____
TERRENCE W. BOYLE
United States District Judge