Terrance Johnson II
400 W. 3rd St
Apt 6
Weldon, NC 27890

Peter A. Moore Jr. (Clerk of Court)
PO Box 25670
Raleigh, NC 27611

**RECEIVED**

DEC 16 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

Retail  

U.S. POSTAGE PAID
PM
WELDON, NC 27890
DEC 11, 2025

27611

$11.90

RDC 03   0 Lb 2.10 Oz   R2305H128929-08

EXPECTED DELIVERY DAY: 12/15/25

USPS TRACKING® #

9505 5119 1751 5345 2247 07

EP14H February 2024 Outer Dimension: 10 x 5





# PRIORITY MAIL



# PRIORITY MAIL


# PRIORITY MAIL


**UNITED STATES POSTAL SERVICE**

For Domestic and International Use   Label 107R, May 2014

e (restric
c and ma   For Domestic and International Use   Label 107R, May 2014



- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**UNITED STATES POSTAL SERVICE**

For Domestic and International Use   Label 107R, May 2014



**TRACKED ■ INSURED**

EP14H February 2024
OD: 10 x 5

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP




**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE



PS00001000064