IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-03011-BO

| | |
|---|---|
| TERRANCE JOHNSON, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NICOLAS ESTES, et al., ) | |
| ) | |
| Defendants. ) | |

Terrance Johnson, II filed this civil rights complaint, pro se, pursuant to 42 U.S.C. § 1983. The matter now is before the court on defendants' motion for leave to file video exhibits manually (DE 51). For good cause shown, the motion (DE 51) is GRANTED.

SO ORDERED, this the 16 day of December, 2025

Terrence Boyle
TERRENCE W. BOYLE
United States District Judge