IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

| | | |
|---|---|---|
| TERRANCE JOHNSON, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF** |
| | ) | **ANTHONY D. CASH** |
| NICOLAS ESTES, ANDY CASH, and | ) | |
| TYREE DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

I, Anthony D. Cash, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Deputy Sheriff of the Halifax County Sheriff's Office. On July 7, 2024, I held the rank of Lieutenant. I have personal knowledge of the matters set forth below. I submit this declaration based on my own observations on July 7, 2024, and records made and kept in the ordinary course of law enforcement operations at the Halifax County Sheriff's Office.

2. After midnight on July 7, 2024, I responded to the area of Chestnut Street and West Third Street in Weldon, Halifax County, North Carolina to assist the Weldon Police Department with crowd control. Dispatch/CAD radio traffic contemporaneously reflected a large gathering in the area, congestion in the streets, and difficulties routing EMS because of the number of vehicles and people present. When I arrived near West Third Street, I saw Corporal Nicolas Estes engaging with a man later identified as Plaintiff, Terrance Johnson II, who was in the street and loudly protesting and using profanity within earshot of others in the area.

3. As I approached, I saw Mr. Johnson pull his arm away from Corporal Estes' grasp as Corporal Estes moved to take control of him. Corporal Estes effected a brief takedown to secure Mr. Johnson. Mr. Johnson was handcuffed within seconds. I did not observe any strikes, kicks, baton use, taser deployment, or other weapon use. The force used was limited to a takedown and handcuffing to gain control after Mr. Johnson physically pulled away. Once handcuffed, no further force was used.

4. I wore a body-worn camera during this incident. My body-worn camera captured portions of the events described above. In the ordinary course of the Sheriff's Office operations, body-worn camera files are automatically uploaded to secure storage and maintained with digital audit trails. To the best of my knowledge, the recording bearing file name "Assist_Weldon_144_arrest_ - Andy Cash Body Cam disk" fairly and accurately depicts the events it captured.

5. In the ordinary course of my supervisory duties, I reviewed and approved the Incident/Investigation Report authored by Corporal Estes for this incident. That report was prepared at or near the time of the events and memorialized our observations and actions during the encounter with Mr. Johnson.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December __16__, 2025.

Anthony D. Cash