
FILED
JAN 06 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | |
|---|---|
| TERRANCE JOHNSON, II, pro se ) | |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S RESPONSE** |
| ) | **IN OPPOSITION TO** |
| v. ) | **DEFENDANTS' MOTION FOR** |
| ) | **SUMMARY JUDGMENT** |
| ) | |
| NICOLAS ESTES, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |

NOW COMES Plaintiff, Terrance Johnson, II, *pro se* and submits this response in opposition to Defendants' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff states the following:

1. Defendants have moved for summary judgment asserting affirmative defenses.

2. Defendants' own evidentiary submissions establish genuine disputes of material fact and, in several respects, affirmatively support portions of Plaintiff's claims.

Viewing the evidence in the light most favorable to Plaintiff, Plaintiff is entitled to summary judgment on all claims.

Accordingly, Plaintiff respectfully requests that the Court deny Defendants' Motion for Summary Judgment.

Respectfully submitted this 6th day of January, 2026.

_____

Terrance Johnson II
400 West Third Street
Apartment 6
Weldon, North Carolina 27890
Telephone: (252) 529-5022
Email:terrancejohnson2008@yahoo.com
*Plaintiff, pro se*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** has been sent to the following Attorney for the Defendants via United States Postal Service on this 6th day of January, 2026.

    Sonny S. Haynes
    One West Fourth Street
    Winston-Salem, North Carolina 27101
    Telephone: (336) 721-3632
    Facsmile: (336)726-2227


    */s/ Terrance Johnson II*
    Terrance Johnson II
    400 West 3rd Street
    Apt 6
    Weldon, North Carolina 27890
    Email:TerranceJohnson2008@yahoo.com
    Telephone: (252)529-5022
    *Plaintiff, pro se*