IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

| | |
|---|---|
| TERRANCE JOHNSON, II, pro se ) | |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S APPENDIX** |
| ) | **TO LOCAL CIVIL RULE** |
| v. ) | **56.1 STATEMENT OF FACT** |
| ) | |
| ) | |
| NICOLAS ESTES, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ) | |

Plaintiff, Terrance Johnson, II, pro se, hereby submits this Appendix to Plaintiffs' Rule 56.1 Statement of Fact pursuant to Local Civil Rule 56.1(a)(5).

Exhibit 1 Declaration of Terrance Johnson II.................................................................pp. 1-5

MarUnited States v. Marshall, No. 16-4594 (4th. Cir. 2018)........................................pp. 6-36

Respectfully submitted this 6th day of January, 2026.

Terrance Johnson II
400 West Third Street
Apartment 6
Weldon, North Carolina 27890
Telephone: (252) 529-5022
Email: terrancejohnson2008@yahoo.com
*Plaintiff, pro se*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **PLAINTIFF'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF FACT** has been sent to the following Attorney for the Defendants via United States Postal Service on this 6th day of January, 2026.

Sonny S. Haynes
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3632
Facsmile: (336)726-2227

Terrance Johnson II
400 West 3rd Street
Apt 6
Weldon, North Carolina 27890
Email:TerranceJohnson2008@yahoo.com
Telephone: (252)529-5022
*Plaintiff, pro se*