FILED

JUL 09 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY AM DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:25-CT-03011-BO

| | | |
|---|---|---|
| TERRANCE JOHNSON, II, pro se<br><br>Plaintiff,<br><br>v.<br><br>NICOLAS ESTES, et al.<br><br>Defendants, | ) | **NOTICE OF APPEAL** |

Notice is hereby given that plaintiff, Terrance Johnson, II, *pro se* does appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on June 24, 2026.

Respectfully submitted this 3rd day of July, 2026.

Terrance Johnson II
400 West Third Street
Apartment 6
Weldon, North Carolina 27890
Telephone: (252) 529-5022
Email:terrancejohnson2008@yahoo.com
*Plaintiff, pro se*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **NOTICE OF APPEAL** has been sent to the following Attorney for the defendants via United States Postal Service on this 3rd day of July, 2026.

Sonny S. Haynes
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3632
Facsmile: (336)726-2227

Terrance Johnson II
400 West Third Street
Apartment 6
Weldon, North Carolina 27890
Email:TerranceJohnson2008@yahoo.com
Telephone: (252)529-5022
*Plaintiff, pro se*